IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICHARD W. COOK,                        :
                                        :
                Plaintiff,              :
                                        :
        v.                              :          CIVIL ACTION NO.: CV513-054
                                        :
GRADY PERRY; DANE DASHER;               :
ANTHONY DEEN; MALCOLM                   :
JONES; CHARLES NEWHAN; and              :
DR. PIERRE FONTANE,                     :
                                        :
                Defendants.             :

## O R D E R

On August 8, 2013, the Magistrate Judge entered a Report recommending that Plaintiff's claims against Defendant Dasher be dismissed. Plaintiff filed Objections to the Report and Recommendation on August 23, 2013. Plaintiff has now filed a "Motion to Withdraw Proposed Amended Complaint and Written Objections to Magistrates Report and Recommendation." Plaintiff moves to withdraw his August 23, 2013 Objections and requests that the court adopt the Magistrate Judge's Report and Recommendation. Plaintiff's Motion to Withdraw (Doc. 28) is **GRANTED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claims against Dane Dasher are **DISMISSED**. Additionally, Plaintiff's Proposed Amended Complaint (Doc. 19) is **dismissed**.

**SO ORDERED**, this ____ day of _____, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)